IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RAYMOND DOUGLAS HARDY                                                              PLAINTIFF

v.                                    Case No. 1:24-cv-01060

CAPTAIN LISA WORLEY and
CASSEY SANFORD                                                                        DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed April 4, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 26). Judge Bryant recommends that Defendant Captain Lisa Worley's ("Defendant Worley") Motion to Dismiss (ECF No. 24) be granted and Plaintiff's Amended Complaint (ECF No. 9) be dismissed without prejudice for failure to prosecute this case and failure to comply with the Court's Orders. (ECF No. 26, at 3-4).

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 14) *in toto*. Accordingly, the Court finds that Defendant Worley's Motion to Dismiss (ECF No. 24) should be and hereby is **GRANTED**. Plaintiff's Amended Complaint (ECF No. 9) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 21st day of May, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge